# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWN LAWRENCE MCFALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-15-1233-M |
| | ) |
| TULSA COUNTY, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

On November 9, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this Petition for a Writ of Habeas Corpus be transferred to the United States District Court for the Northern District of Oklahoma. Petitioner was advised of his right to object to the Report and Recommendation by November 30, 2015. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on November 9, 2015, and

(2) TRANSFERS this action to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED this 18th day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE